1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  JOSHUA S. WHITE, State Bar #237223
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4259
6  Facsimile:     (415) 554-3837
   E-Mail:        joshua.white@sfgov.org

8  Attorneys for Defendant, CITY AND COUNTY OF SAN FRANCISCO,
   SHERIFF MICHAEL HENNESSEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHERIE HARDING, | Case No. CV10-4914 LB (EDL) |
|---|---|
| Plaintiff, | **STIPULATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SHERIFF MICHAEL HENNESSEY, DEPUTY YOUNG, DEPUTY COOK, DEPUTY BRUSCHARD, DEPUTY MORRIS, CAPTAIN BUTLER, and Defendant DOES 1-30, | |
| Defendants. | |

1 | The parties stipulate that the settlement conference with the Honorable Elizabeth Laporte will occur on September 21, 2011 at 9:30 a.m., and not on the previously-scheduled date of August 19, 2011.

Dated: May 25, 2011

                            DENNIS J. HERRERA
                            City Attorney
                            JOANNE HOEPER
                            Chief Trial Deputy
                            JOSHUA S. WHITE
                            Deputy City Attorneys

                            */s/ Joshua S. White*
                    By:_____
                            JOSHUA S. WHITE

                            Attorneys for Defendants

Dated: May 25, 2011

                            LAW OFFICE OF GERI LYNN GREEN

                            */s/ Geri Lynn Green*
                    By:_____
                            GERI LYNN GREEN

                            Attorney for Plaintiff
                            CHERI HARDING

## ~~PROPOSED~~ ORDER

The settlement conference in this matter will no longer occur on August 19, 2011. The new date for the settlement conference is September 21, 2011 at 9:30 a.m.
**Settlement conference statements shall be lodged no later than 9/9/2011.**

DATED: May 27, 2011

                            _____
                            HONORABLE ELIZABETH D. LAPORTE
                            UNITED STATES MAGISTRATE JUDGE