UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERIE HARDING

    Plaintiff(s),                             No. 10-04914 LB (EDL)

    v.                                     ORDER EXCUSING ATTENDANCE
                                           AT SETTLEMENT CONFERENCE

CITY & COUNTY OF SAN FRANCISCO

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated January 20, 2012, Individual Defendants Sheriff Michael Hennessey, Chief Deputy Sabrina Butler, and Deputies Julie Broussard, Tiffany Cook, and Carl Morris requested to be excused from personally appearing at the settlement conference scheduled for February 9, 2012. Defendants' counsel states that Plaintiff does not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the above-mentioned individual Defendants be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on February 9, 2012. Deputy Young and a representative from the Sheriff's Department shall personally attend the settlement conference.

If the Court concludes that the absence of these individual Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these individual Defendants.

SO ORDERED.

Dated: January 25, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge