1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10   Oakland Division

11   CHERIE HARDING,                                No. CV10-04914 LB

12        Plaintiff,

13        v.                                        **REVISED SCHEDULED ORDERING**

14   CITY AND COUNTY OF SAN
     FRANCISCO, *et al.,*

15        Defendants.

16   _____/

17        Following a case management conference on April 12, 2012 at which the parties discussed their

18   discovery plan and proposed schedules for hearing dispositive motions, the court **ISSUES** this

19   revised scheduling order.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 9/13/2012, at 11:00 a.m. with opposition due on 8/8/2012 and reply due on 8/17/2012 |
| Meet and confer re pretrial filings | 10/2/2012 |
| Pretrial filings due | 10/11/2012 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 10/18/2012 |
| Final Pretrial Conference | 11/1/2012, at 10:30 a.m. |
| Trial | 11/12/2012, at 8:30 a.m. |

28

ORDER
CV10-04914 LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

    If any discovery disputes arise, the court **ORDERS** the parties to follow the court's discovery dispute process and to submit a joint letter after meeting and conferring about any such issue.

    **IT IS SO ORDERED.**

Dated: April 13, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV10-04914 LB

2