UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

CHERIE HARDING,                               No. CV10-04914 LB

    Plaintiff,

    v.                                              **REVISED SCHEDULED ORDERING**

CITY AND COUNTY OF SAN FRANCISCO, *et al.,*

    Defendants.
_____/

Following a case management conference on April 12, 2012 at which the parties discussed their discovery plan and proposed schedules for hearing dispositive motions, the court **ISSUES** this revised scheduling order.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Last hearing date for dispositive motions and/or further case management conference | 9/13/2012, at 11:00 a.m. with opposition due on 8/8/2012 and reply due on 8/17/2012 |
| Meet and confer re pretrial filings | 10/2/2012 |
| Pretrial filings due | 10/11/2012 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 10/18/2012 |
| Final Pretrial Conference | 11/1/2012, at 10:30 a.m. |
| Trial | 11/12/2012, at 8:30 a.m. |

ORDER
CV10-04914 LB

If any discovery disputes arise, the court **ORDERS** the parties to follow the court's discovery dispute process and to submit a joint letter after meeting and conferring about any such issue.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
LAUREL BEELER
United States Magistrate Judge