GERI LYNN GREEN (SBN 127709)
JULIEN SWANSON (SBN 193957)
LAW OFFICES OF GREEN & GREEN LLP
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
julienswanson@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiff
CHERIE HARDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERIE HARDING,

Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. CV10-4914 LB

**STIPULATION AND ~~[Proposed]~~ ORDER MODIFYING DISCOVERY DEADLINES**

Due to unanticipated delays in finalizing the County representative's deposition under FRCP 30(b)(6), the parties have met and conferred regarding discovery deadlines, and have agreed on a limited modification of the previously set discovery deadlines as follows:

• August 24, 2012: last day to finalize the deposition of County Representative under FRCP 30(b)(6) – (Fact discovery is otherwise closed);

• September 3, 2012: expert disclosures due;

• September 11, 2012: rebuttal expert disclosures due;

• September 28, 2012: expert discovery closes;

The parties would like all other existing pre-trial dates to remain in effect.

Dated: August 10, 2012

LAW OFFICE OF GERI LYNN GREEN

By:/s______________________________
GERI LYNN GREEN
Attorney for Plaintiff
CHERI HARDING

Dated: August 10, 2012

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorneys

By:/s*_____________________________
JOSHUA S. WHITE
Attorneys for Defendants

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Laurel Beeler

*By Permission.

Date: August 21, 2012

LAUREL BEELER
U.S. MAGISTRATE JUDGE