GERI LYNN GREEN (SBN 127709)
JULIEN SWANSON (SBN 193957)
LAW OFFICES OF GREEN & GREEN LLP
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Tel: (415) 982-2600
Fax: (415) 358-4562
greenlaw700@gmail.com
julienswanson@gmail.com
gerilynngreen@gmail.com

Attorneys for Plaintiff
CHERIE HARDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE HARDING,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. CV10-4914 LB<br><br>**STIPULATION AND [Proposed] ORDER MODIFYING DISCOVERY DEADLINES** |

Due to unanticipated delays in finalizing the County representative's deposition under FRCP 30(b)(6), the parties have met and conferred regarding discovery deadlines, and have agreed on a limited modification of the previously set discovery deadlines as follows:

• August 24, 2012: last day to finalize the deposition of County Representative under FRCP 30(b)(6) – (Fact discovery is otherwise closed);

• September 3, 2012: expert disclosures due;

• September 11, 2012: rebuttal expert disclosures due;

• September 28, 2012: expert discovery closes;

The parties would like all other existing pre-trial dates to remain in effect.

Harding v. CCSF                                    1
STIP re Disc. Deadlines - Case No. CV10-4914 LB

1  Dated: August 10, 2012

2                                         LAW OFFICE OF GERI LYNN GREEN

3

4                          By:/s_____
                            GERI LYNN GREEN
                            Attorney for Plaintiff

5                              CHERI HARDING

6

7  Dated: August 10, 2012

8                              DENNIS J. HERRERA
                            City Attorney

9                              JOANNE HOEPER
                            Chief Trial Deputy
                            JOSHUA S. WHITE

10                             Deputy City Attorneys

11

12                         By:/s*_____
                            JOSHUA S. WHITE

13                             Attorneys for Defendants

14

15   *By Permission.

                            [APPROVED — Judge Laurel Beeler, U.S. District Court, Northern District of California seal]

16   Date: August 21, 2012

17                             LAUREL BEELER
                            U.S. MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Harding v. CCSF                     2
STIP re Disc. Deadlines - Case No. CV10-4914 LB